## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JAVON WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:23-cv-04554 |
| ) | |
| CREDIT CONTROL SERVICES, INC., ) | Judge Steven C. Seeger |
| JEFFERSON CAPITAL SYSTEMS, ) | |
| LLC, EQUIFAX INFORMATION ) | |
| SERVICES, LLC, EXPERIAN ) | |
| INFORMATION SOLUTIONS, INC., ) | |
| and TRANSUNION TELEDATA, LLC, ) | |
| ) | |
| Defendants. ) | |

### JEFFERSON CAPITAL SYSTEMS, LLC'S UNOPPOSED MOTION
### FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

NOW COMES Defendant, Jefferson Capital Systems, LLC ("JCS"), by and through undersigned counsel, and for its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, states as follows:

1. Plaintiff commenced this action by filing a Complaint on July 13, 2023.

2. JCS was served on August 10, 2023, and its response to the Complaint is currently due August 31, 2023.

3. Counsel for JCS was recently retained and requires additional time to investigate Plaintiff's claims and prepare the appropriate responsive pleading.

4. Accordingly, JCS respectfully requests a 30-day extension of time until October 2, 2023 to respond to Plaintiff's Complaint.

5. This is JCS's first request for an extension of time to answer or otherwise plead.

6. JCS's counsel has contacted the attorney for Plaintiff who has no objection to the relief being sought.

7. Granting this request for an extension of time to respond to the Complaint will neither prejudice any party nor unreasonably delay the litigation.

WHEREFORE, Defendant, JCS, respectfully requests until October 2, 2023 to respond to the Complaint.

Dated: August 28, 2023                    Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ James K. Schultz
　　　　　　　　　　　　　　　　　　　　James K. Schultz, Esq.
　　　　　　　　　　　　　　　　　　　　Sessions, Israel & Shartle, LLC
　　　　　　　　　　　　　　　　　　　　1550 Hotel Circle North, Suite 260
　　　　　　　　　　　　　　　　　　　　San Diego, CA 92108
　　　　　　　　　　　　　　　　　　　　Telephone: (312) 504-3485
　　　　　　　　　　　　　　　　　　　　E-mail: jschultz@sessions.legal

　　　　　　　　　　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　*Jefferson Capital Systems, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2023, a true and correct copy of **Jefferson Capital Systems, LLC's Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint** was filed electronically and will be sent to the parties by operation of the Court's electronic filing system.

                                                  */s/ James K. Schultz*
                                                  *Attorney for Defendant*
                                                  *Jefferson Capital Systems, LLC*