UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **JAVON WILLIAMS,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:23-cv-04554 |
| | ) |
| v. | ) Judge Hon. Stephen C. Seeger |
| | ) |
| **CREDIT CONTROL SERVICES, INC.,** | ) |
| **JEFFERSON CAPITAL SYSTEMS, LLC,** | ) |
| **EQUIFAX INFORMATION SERVICES, LLC,** | ) |
| **EXPERIAN INFORMATION SOLUTIONS,** | ) |
| **INC. AND TRANSUNION TELEDATA, LLC,** | ) |
| | ) |
| Defendants. | ) |

**EQUIFAX INFORMATION SERVICES LLC'S UNOPPOSED MOTION
FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT**

Defendant Equifax Information Services LLC ("Equifax") respectfully requests that this Court enter an order extending the time to answer or otherwise respond to Plaintiff's Complaint to October 2, 2023. In support of this motion, Equifax states as follows:

1. Plaintiff filed his Complaint in this Court on July 13, 2023.

2. Equifax was served with the Complaint on August 10, 2023.

3. Absent an extension, Equifax's deadline to answer or otherwise respond to the Complaint is currently August 31, 2023.

4. This request is not made for the purpose of delay or harassment, and no party will be prejudiced by the additional time for Equifax to answer or otherwise respond.

5. Equifax is still reviewing the allegations and conducting an investigation into the allegations in order to prepare its answer and facilitate settlement discussions. Accordingly,

Equifax respectfully requests an extension through and including October 2, 2023 within which to file its answer or other responsive pleading in this matter.

6.    On August 29, 2023, counsel for Equifax requested, and counsel for Plaintiff agreed, that Equifax may have up to and including October 2, 2023 to file its Answer or otherwise respond to Plaintiff's Complaint, subject to the Court's approval.

7.    This is Equifax's first request for an extension of time to answer or otherwise respond to the Complaint.

WHEREFORE, Equifax respectfully requests that the Court extend the time for it to answer or otherwise respond to Plaintiff's Complaint until October 2, 2023.

Dated this 31st day of August, 2023.    Respectfully submitted,

POLSINELLI PC

/s/ Rodney L. Lewis
Rodney L. Lewis
Kevin M. Hogan
150 North Riverside Plaza
Suite 3000
Chicago, Illinois 60606
Telephone: (312) 819-1900
Facsimile: (312) 819-1910
rodneylewis@polsinelli.com
kmhogan@polsinelli.com

ATTORNEYS FOR DEFENDANT EQUIFAX
INFORMATION SERVICES LLC

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the 31st day of August, 2023. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

                                               /s/ Rodney L. Lewis
                                               Attorney for Defendant Equifax Information Services LLC