UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS (CHICAGO)

| | |
|---|---|
| JAVON WILLIAMS,<br>　　　　Plaintiff, | CASE NO: 1:23-cv-04554<br><br>Judge Steven C. Seeger |
| vs.<br>CREDIT CONTROL SERVICES, INC.,<br>JEFFERSON CAPITAL SYSTEMS, LLC,<br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>and TRANSUNION TELEDATA LLC;<br>　　　　Defendants. | |

**DEFENDANT TRANS UNION, LLC'S UNOPPOSED MOTION FOR
EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Defendant Trans Union LLC, improperly identified as TransUnion Teledata LLC ("Trans Union"), one of the Defendants herein, by and through its attorney of record, files its Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint ("Motion") and in support states:

1. TransUnion's responsive pleading is due on September 1, 2023.

2. Plaintiff and TransUnion are actively engaged in case-resolution negotiations.

3. Plaintiff does not oppose an extension of Trans Union's time to respond to the Complaint so that the parties may devote their energies to resolving this matter. Trans Union files this Motion consistent with its agreement with Plaintiff and further files this Motion respectfully requesting the Court for an extension of time to file its responsive pleading for 21 days, to September 22, 2023.

4. The Motion is not for delay.

5. This is Trans Union's first extension of time and the requested extension does not prejudice the parties.

6. For the foregoing reasons, the parties request that the Court issue an order extending the date, to September 22, 2023, on which TransUnion must answer or otherwise respond to Plaintiff's Complaint.

Respectfully submitted,

s/ Andrew M. Lehmann
Andrew M. Lehmann, Esq. (#31151-06)
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 317-749-7168
E-Mail: andrew.lehmann@transunion.com

*Counsel for Defendant Trans Union, LLC, improperly identified as TransUnion Teledata LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing has been electronically filed on the **31st day of August, 2023**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

| | |
|---|---|
| Paul Camarena, Esq. paulcamarena@paulcamarena.com | |

The undersigned further certifies that a true copy of the foregoing was served on the following parties via First Class, U.S. Mail, postage prepaid, on the **31st day of August, 2023**, properly address as follows:

| | |
|---|---|
| None. | |

*s/ Andrew M. Lehmann*
Andrew M. Lehmann, Esq. (#31151-06)
Trans Union, LLC
555 W. Adams Street
Chicago, IL 60661
Telephone: 317-749-7168
E-Mail: andrew.lehmann@transunion.com

*Counsel for Defendant Trans Union, LLC, improperly identified as TransUnion Teledata LLC*